UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BIJOU INTERNATIONAL CORPORATION.,

                              Plaintiff,

                                                                                                                 No._____

   v.

SENTINEL INSURANCE COMPANY, LTD.,            **NOTICE OF REMOVAL**


                              Defendant.
----------------------------------------------------------------X

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

      1.      Sentinel Insurance Company, Ltd. ("Sentinel") is a defendant in the civil action commenced by Plaintiff Bijou International Corporation in New York State Supreme Court, New York County, Index No. 652911/2016. Pursuant to 28 U.S.C. §§ 1441 and 1446, Sentinel hereby removes this action to the United States District Court for the Southern District of New York, which is the judicial district in which this action is pending.

      2.      Removal is proper because this Court would have had original jurisdiction of this action based on diversity of citizenship, 28 U.S.C. § 1332, had this action been brought originally in federal court. Furthermore, removal of the action is not barred under 28 U.S.C. § 1441(b), because no party properly joined as a defendant is a citizen of the State of New York, where this action is pending.

      3.      Original jurisdiction based on diversity of citizenship is proper in this case because:

            a.      Plaintiff alleges that it is a New York corporation with its principal place of business in New York County.

  b. Defendant Sentinel is, and has been since this action was commenced, a citizen of Connecticut in that it is an insurance company domiciled in Connecticut with its principal place of business in Connecticut.

  c. Plaintiff alleges that the amount in controversy exceeds $75,000 exclusive of interest and costs, in that its complaint seeks compensatory damages of $780,000, plus interest, and costs and disbursements.

4. This Notice of Removal is timely because the summons and complaint were served on Sentinel on June 6, 2016. This Notice of Removal was filed within 30 days of receipt of that pleading and within one year of the date on which the action was commenced.

5. The only papers filed to date in this action are the Notice of Filing of Notice of Removal, the summons, the acknowledgement of service of the New York State Department of Financial Services ("DFS"), and the complaint. The Notice of Filing of Notice of Removal is annexed hereto as Exhibit 1, the acknowledgment of service by the DFS is annexed hereto as Exhibit 2, and the summons and complaint is annexed hereto as Exhibit 3.

Dated: New York, New York
   July 5, 2016

           MOUND COTTON WOLLAN &
           GREENGRASS LLP

        By: _/s/ Lloyd A. Gura_
           Lloyd A. Gura
           Sanjit Shah
           *Attorneys for Defendant*
           *Sentinel Insurance Company, Ltd.*
           One New York Plaza
           New York, New York 10004
           Phone: (212) 804-4200
           Fax: (212) 344-8066
           lgura@moundcotton.com
           sshah@moundcotton.com