# Exhibit 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
BIJOU INTERNATIONAL CORPORATION,

                      Plaintiff,

   -against-

SENTINEL INSURANCE COMPANY, LTD.

                      Defendant.
----------------------------------------------------------------X

Index No.

**SUMMONS**

Plaintiff's Address:
42 W. 39th Street, 8th Fl.
New York, NY 10018

*The basis of the venue designated is:*
Defendant's Address

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York and in case of your failure to Answer, judgment will be taken against you by default for the relief demanded in the annexed Complaint with interest from the date the cause of action arose, costs, disbursements and attorneys fees.

Dated: New York, New York
         June 1, 2016

                                                      Matthew S. Aboulafia, Esq.
                                                      Aboulafia Law Firm LLC
                                                      *Attorneys for Plaintiff*
                                                      228 East 45th Street, Suite 1700
                                                      New York, NY 10017
                                                      (212) 684-1422

TO:    Sentinel Insurance Company, LTD.
         One Hartford Plaza
         Hartford, CT 06155
         *Service via Dept. of Financial Services*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X   Index No.
BIJOU INTERNATIONAL CORPORATION,

**COMPLAINT**

      Plaintiff,

 -against-

SENTINEL INSURANCE COMPANY, LTD.

      Defendant.
------------------------------------------------------------------X

  Plaintiff, by its attorneys, Aboulafia Law Firm LCC, as and for its Complaint, herein allege upon information and belief as follows:

1. At all times hereinafter mentioned, Plaintiff BIJOU INTERNATIONAL CORPORATION (hereinafter "Bijou"), is a corporation duly operating in the State of New York, with a principal place of business located at 42 W. 39th Street, 8th Fl., New York, NY 10018.

2. At all times hereinafter mentioned, Plaintiff Bijou maintained an insurable interest in the stock/merchandise warehoused at 749 Hope Rd., Eatontown, NJ 07724. (hereinafter "subject premises")

3. At all times hereinafter mentioned, Defendant SENTINEL INSURANCE COMPANY, LTD.

4. (hereinafter "Sentinel") was and still is a corporation authorized, licensed, admitted and/or engaged in the business of providing insurance and being an insurer in the State of New York and New Jersey, and located at One Hartford Plaza, Hartford, CT 06155.

### AS AND FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANT SENTINEL

5. On or about July 17, 2015, Defendant Sentinel made and issued to Plaintiff for good and valuable consideration a certain policy of insurance bearing policy number 16 SBA IW6895

wherein and whereby Defendant did insure Plaintiff's stock/merchandise located at the subject premises.

6. That on or about August 2015, while said policy was in full force and effect, Plaintiff suffered a loss by a covered peril of the property insured by Defendant.

7. At all relevant times, Plaintiff had an insurable interest in the aforementioned property.

8. As a result of the loss, Plaintiff has sustained damages in the sum of at least $500,000 in business personal property and $280,000 in lost profits.

9. Defendant Sentinel has declined to indemnify Plaintiff for the loss sustained although claim has been duly made and all conditions of the policy have been met.

10. As a result of Defendant's breach of contract, Plaintiff has been damaged in the sum of at least $780,000.

**WHEREFORE,** it is respectfully requested that Plaintiff BIJOU INTERNATIONAL CORPORATION have judgment against Defendant SENTINEL INSURANCE COMPANY, LTD. on the First cause of action in the sum of at least $780,000.00, with interest from August 6, 2015, and for costs and disbursements of this action.

Dated: New York, New York
       June 1, 2016

Matthew S. Aboulafia, Esq.
Aboulafia Law Firm LLC
*Attorneys for Plaintiff*
228 East 45th Street, Suite 1700
New York, NY 10017
(212) 684-1422