UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BIJOU INTERNATIONAL CORPORATION.,

                            Plaintiff,

v.

SENTINEL INSURANCE COMPANY, LTD.,

                            Defendant.
-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 1:16-cv-05314-JGK-BCM

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel of record for the parties to the above-captioned action hereby stipulate that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party as against the other.

Dated: New York, New York
       May 16, 2017

| ABOULAFIA LAW FIRM, LLC | MOUND COTTON WOLLAN & GREENGRASS LLP |
|---|---|
| By: _/s/_<br>Matthew S. Aboulafia<br>Jack Glanzberg<br>*Attorneys for Plaintiff*<br>*Bijou International Corporation*<br>228 East 45th Street, Suite 1700<br>New York, NY 10017<br>Ph: (212) 684-1422<br>Fax: (212) 684-1428 | By: _/s/_<br>Sanjit Shah<br>*Attorneys for Defendant*<br>*Sentinel Insurance Company, Ltd.*<br>One New York Plaza, 44th Floor<br>New York, NY 10004-1901<br>Ph.: (212) 804-4200<br>Fax: (212) 344-8066 |